IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN P. MESSNER** | : CIVIL ACTION |
| | : |
| v. | : NO. 15-5427 |
| | : |
| **USA TECHNOLOGIES, INC., et al** | : |

## ORDER

**AND NOW**, this 19th day of September 2016, upon consideration of Plaintiff's Motion for relief under Rule 60(b) and for leave to file a second amended complaint (ECF Doc. No. 38), Defendants' Response (ECF Doc. No. 42) and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's motion (ECF Doc. No. 38) is **DENIED**. Plaintiff shall immediately notify the Circuit Clerk of the entry of this Order and accompanying Memorandum.

KEARNEY, J.